ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-6165
   Facsimile: (213) 894-0115
   Email: Daniel.Layton@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>GARY WALTER MIXCO,<br><br>   Defendant. | Case No. 13-CV-8032-ABC (MRWx)<br><br>[~~proposed~~]<br><br>FINAL ORDER OF PERMANENT INJUNCTION |

Upon the Stipulation to Final Order of Permanent Injunction entered into between plaintiff United States of America and defendant Gary Walter Mixco (hereinafter referred to as "defendant" or "Mixco"), the Court hereby finds and orders as follows:

WHEREAS the parties have stipulated and agreed that:

1. Plaintiff, the United States of America, has filed a Complaint for Permanent Injunction (hereinafter referred to as "Complaint") in this matter against defendant.

2. Defendant does not admit the allegations in the Complaint, except that he admits that this Court has jurisdiction over him and subject matter jurisdiction of this matter.

3. The parties waive the entry of findings of fact and conclusions of law.

4. Defendant understands that this stipulated Final Order of Permanent Injunction will be entered under Fed. R. Civ. P. 65 and, once entered, will constitute the final judgment in this matter. Defendant waives any and all right to appeal from this judgment.

5. Defendant states that he entered into the Stipulation for Final Order of Permanent Injunction voluntarily, voluntarily consents to entry of this stipulated Final Order of Permanent Injunction, and agrees to be bound by the terms of this order.

6. The parties agree that entry of this stipulated Final Order of Permanent Injunction resolves only this civil injunction action, and neither precludes the United States from pursuing any other current or future civil or criminal matters or proceedings, nor precludes defendant from contesting her liability in any such matter or proceeding.

7. Defendant acknowledges that entry of this stipulated Final Order of Permanent Injunction neither precludes the Internal Revenue Service from assessing taxes, interest, or penalties against defendant for asserted violations of the Internal Revenue Code, nor precludes defendant from contesting such assessments.

8. Defendant, Gary Walter Mixco consents to the entry of this stipulated Final Order of Permanent Injunction without further notice and agrees that this Court shall retain jurisdiction over him for the purpose of implementing and enforcing the stipulated Final Order of Permanent Injunction.

///

///

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, Gary Walter Mixco, individually and doing business under any name, and his representatives, agents, servants, employees, attorneys, independent contractors, and anyone in active concert or participation with him, are **PERMANENTLY ENJOINED** from directly or indirectly:

    A.    Preparing tax returns for clients that intentionally or negligently: (i) report inflated federal income tax withholding; (ii) report income and withholding based upon a False W-2 or false Substitute for Form W-2; (iii) claim tax credits to which the clients are not entitled; and (iv) claim deductions to which the clients not entitled;

    B.    Engaging in activity subject to penalty under 26 U.S.C. §§ 6700, 6701, 6694, and 6695, i.e., aiding, assisting in, procuring, or advising with respect to any portion of a return, affidavit, claim, or other document, while knowing or having reason to know that such will be used in connection with a material matter arising under the federal tax laws and will result in the material understatement of the liability for the tax of another person;

    C.    Aiding or assisting in the preparation of federal income tax returns, amended returns, or any other related documents and forms that defendant knows will result in the understatement of any tax liability or the overstatement of deductions on tax returns;

    D.    Engaging in other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

    E.    Falsely representing to the IRS or defendant's clients that defendant is an enrolled agent, CPA, attorney, or other fiduciary authorized to represent clients before the IRS.

1     **IT IS FURTHER ORDERED** that the United States is permitted to engage
2 in post-judgment discovery to ensure compliance with the permanent injunction.

4     **IT IS SO ORDERED.**

6 Dated: 11/5/13                                 _____

8                                         UNITED STATES DISTRICT JUDGE